### Shore et al. *v.* Morgenroth, Appellant.

Before BARBIERI, J.

Argued September 13, 1974. *Norman Paul Harvey,* for appellant; *A. Dabrow,* with him *Joseph D. Shein,* and *Shein & Brookman,* for appellee.

Judgment affirmed.

### Slotsky, Appellant, *v.* Gellar et ux., et al.

Before GOLD, J.

Argued September 16, 1974. *Stephen P. Barson,* with him *Jerome Lipman,* and *Robinson, Greenberg & Lipman,* for appellant; *Nathan L. Posner,* with him *E. Gerald Donnelly, Jr.,* and *Fox, Rothschild, O'Brien & Frankel,* for appellees.

Order affirmed.